UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6686

GLENN R. GOODE,

Plaintiff - Appellant,

versus

CRAGGY MEDICAL STAFF, at Craggy Correctional
Center; MARION MEDICAL STAFF, at Marion Cor-
rectional Institution; LEWIS DAVIS, Lieutenant
at Craggy Correctional Center,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville.  Graham C. Mullen, Chief
District Judge.  (CA-98-41-1-3-MU)

Submitted:  July 8, 1999                Decided:  July 15, 1999

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Glenn R. Goode, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Glenn Ralph Goode appeals the district court's order denying his motion for reconsideration under Fed. R. Civ. P. 60(b). We have reviewed the record and the district's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Goode v. Craggy Medical Staff</u>, No. CA-98-41-1-3-MU (W.D.N.C. Apr. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2